| | |
|---|---|
| Charles A. Lyman, WSBA #30495<br>E-Mail: charlie.lyman@bullivant.com<br>BULLIVANT HOUSER BAILEY PC<br>1601 Fifth Avenue, Suite 2300<br>Seattle, Washington 98101-1618<br>Telephone: 206.292.8930<br>Facsimile: 206.386.5130 | THE HON. LONNY R. SUKO |

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| EDWARD J. CARCICH and JENNIE VEGA-CARCICH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITIMORTGAGE,<br><br>　　　　Defendant. | No.: 10-429-LRS<br><br>NOTICE OF APPEARANCE |

　　　TO:　　　THE CLERK OF THE COURT;

　　　AND TO:　All Parties:

　　　PLEASE TAKE NOTICE that Defendant CitiMortgage does hereby appear in the above-entitled action through Charles A. Lyman, of Bullivant Houser Bailey PC, attorneys at law, without waiving the question of:

　　　1.　　Lack of jurisdiction over subject matter;

　　　2.　　Lack of jurisdiction over the person;

　　　3.　　Improper venue;

　　　4.　　Insufficiency of service of process;

5. Insufficiency of process;

6. Failure to state a claim upon which relief may be granted;

7. Failure to join a party under Rule 19.

YOU ARE HEREBY NOTIFIED that all further papers and pleadings herein, except for original process, shall be served upon the undersigned attorney at the address below stated.

DATED: December 23, 2010

BULLIVANT HOUSER BAILEY PC

By /s/ Charles A. Lyman
Charles A. Lyman, WSBA #30495
E-Mail: charlie.lyman@bullivant.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on December 23, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Barbara Bratton
Barbara Bratton

12997179.1