1 Charles A. Lyman
BULLIVANT HOUSER BAILEY PC
2 1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
3 Telephone: 206.292.8930
Facsimile: 206.386.5130
4
Attorneys for Defendant CitiMortgage, Inc.
5

The HONORABLE LONNY R. SUKO

6

7

8 IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
9 AT SPOKANE

10

11 EDWARD J. CARCICH and JENNIE
VEGA-CARCICH,

12                          Plaintiffs,

13          v.

14 CITIMORTGAGE,

15                          Defendant.

16

No.: 10-429-LRS

RESPONSE IN OPPOSITION TO
MOTION FOR TEMPORARY
RESTRAINING ORDER

Hearing Date: January 10, 2011 at 6:30 p.m.
Without Oral Argument

17          COMES NOW, CitiMortgage, Inc., by and through its attorneys of record, Bullivant

18 Houser Bailey, P.C., and submits this response in opposition to Plaintiff's Motion for a

19 Temporary Restraining Order.

20          The Ninth Circuit holds "[a] preliminary injunction is appropriate where plaintiffs

21 demonstrate either: (1) a likelihood of success on the merits and the possibility of irreparable

22 injury; or (2) that serious questions going to the merits were raised and the balance of the

23 hardships tips sharply in their favor." *E & J Gallo Winery v. Andina Licores, S.A.*, 446 F.3d

24 984, 990 (9th Cir. Cal. 2006). Here, Plaintiffs have not done this and the motion should be

25 denied. Indeed, Plaintiffs set forth no evidence that they are entitled to restrain the sale.

26 Rather, they merely indicate that they "only recently" made a Qualified Written Request

RESPONSE IN OPPOSITION TO MOTION FOR TEMPORARY
RESTRAINING ORDER

Page 1

**Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

1  ("QWR") to CitiMortgage. *See* Carcich Declaration ¶ 2.  CitiMortgage will respond to the

2  QWR appropriately.  Again, however, Plaintiffs have set forth absolutely no evidence

3  tending to establish: (1) a likelihood of success on the merits and the possibility of

4  irreparable injury; or (2) that serious questions going to the merits were raised and the

5  balance of the hardships tips sharply in their favor.  For this reason, Plaintiffs Motion should

6  be denied.

7       Plaintiffs' motion should also be denied for the additional reason that they have failed

8  to comply with the statutory requirements of Washington's Deed of Trust Act.   RCW

9  61.24.130 is the governing provision and it makes clear that Plaintiff is not entitled to the

10  relief sought despite the evidentiary shortcomings.  In, pertinent part, that statute provides as

11  follows:

12       The court ***shall*** require as a condition of granting the restraining
        order or injunction that the applicant pay to the clerk of the
13       court the sums that would be due on the obligation secured by
        the deed of trust if the deed of trust was not being foreclosed:

14
        (a) In the case of default making periodic payment of principal,
15       interest, and reserves, such sums shall be the periodic payment
        of principal, interest, and reserves paid to the clerk every thirty
16       days.

17       (b) In the case of default in making payment of an obligation
        then fully payable by its terms, such sums shall be the amount of
18       interest accruing monthly on said obligation at the nondefault
        rate, paid to the clerk every thirty days.
19
Emphasis added.  Because Plaintiff has made no such tender, his Motion should be denied.
20
        Accordingly, CitiMortgage respectfully requests that this Court enter an order
21
denying Plaintiffs request for a temporary restraining order.
22
23       ///

24       ///

25       ///

26       ///

RESPONSE IN OPPOSITION TO MOTION FOR TEMPORARY          Page 2          **Bullivant|Houser|Bailey PC**
RESTRAINING ORDER
                                                                        1601 Fifth Avenue, Suite 2300
                                                                        Seattle, Washington  98101-1618
                                                                        Telephone: 206.292.8930

DATED: January 10, 2011

BULLIVANT HOUSER BAILEY PC

By  /s/ Charles A. Lyman
Charles A. Lyman, WSBA #30495
E-Mail: charlie.lyman@bullivant.com
Charles A. Lyman
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

Attorneys for Defendant CitiMortgage, Inc.

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on January 10, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

I further certify that the following parties received the foregoing document:

Edward J. Carcich
Jennie Vega-Carcich
7512 Big Meadows Road
Chattaroy, WA  99003
*pro se plaintiffs*

☐  via first class mail, postage prepaid.
☐  via facsimile.
☒  via hand delivery.

I declare under penalty of perjury under the laws of the State of Washington at Seattle, Washington, that the foregoing is true and correct.

DATED: January 10, 2011

By  *Tess Keeley*
Tess Keeley
Legal Assistant to Charles A. Lyman

13065737.1

RESPONSE IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER

Page 3

**Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930