UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD J. CARCICH and JENNIE VEGA-CARCICH,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.,<br><br>        Defendant. | No. CV-10-0429-LRS<br><br>**ORDER DIRECTING SERVICE** |

The *pro se* Plaintiffs, proceeding *in forma pauperis*, filed a complaint on December 10, 2010 and on January 3, 2011, filed a Motion For Temporary Restraining Order based on an alleged possible future foreclosure. Defendant responded to the Motion for Temporary Restraining Order on January 10, 2011. Plaintiff then filed a reply on January 13, 2011, at which time the motion is considered under advisement by the Court.

It does not appear that Plaintiffs have served the Summons and Complaint on the registered agent for the named Defendant. The Court therefore directs that the District Court Executive issue a Summons in this case and the Plaintiff shall effectuate service of the Summons and Complaint upon the named Defendant's registered agent identified below:

/ / /

/ / /

/ / /

**ORDER DIRECTING SERVICE-   1**

<u>Registered Agent Information</u>

CT Corporation System

1801 West Bay Drive NW STE 206

Olympia, WA 98502

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this order and forward a copy to the Plaintiffs.

**DATED** this __21st__ day of January, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Chief United States District Judge

ORDER DIRECTING SERVICE-   2