1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EDWARD J. CARCICH and
JENNIE VEGA-CARCICH,                )
                                    )
                                    )
            Plaintiffs,             )
                                    )
                                    )
      vs.                           )
                                    )
CITIMORTGAGE, INC.,                 )
                                    )
                                    )
            Defendant.              )
_____ )

No. CV-10-0429-LRS

**ORDER DENYING
MOTION FOR TRO**

15    **BEFORE THE COURT** is the *pro se* Plaintiffs Motion For Temporary
16  Restraining Order, Ct. Rec. 6, filed January 3, 2011.  All briefing appears to be
17  completed.

18    Plaintiffs move for a temporary restraining order based on a possible future
19  foreclosure sale.  Although a complaint has been filed, it appears that adequate
20  service of process has not occurred to date.  There has been a notice of appearance
21  made on behalf of defendant, however, defense counsel did not waive inadequacies
22  of service of process, if any.  On January 21, 2011, the Court entered an order
23  directing service be made by plaintiffs.  The Court, however, denies plaintiffs'
24  motion for temporary restraining order based on plaintiff's inability to either: (1)
25  demonstrate a likelihood of success on the merits and the possibility of irreparable
26  injury; or (2) that serious questions going to the merits were raised and the balance
27  of the hardships tips sharply in their favor.   *E & J Gallo Winery v. Andina Licores,*
28  *S.A.*, 446 F.3d 984, 990 (9th Cir.2006).

 **ORDER -1**

In the instant case, plaintiffs have not shown they are entitled to restrain the alleged foreclosure sale. Further, plaintiffs indicate that they have only recently made a Qualified Written Request to defendant, which request defendant states it will respond to appropriately. Finally, defendant notes that plaintiffs have failed to comply with the statutory requirements of Washington's Deed of Trust Act. RCW 61.24.130.

For the foregoing reasons, plaintiffs' motion for temporary restraining order, **Ct. Rec. 6**, is respectfully denied without prejudice based on the state of the record before the court.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and forward a copy to the pro se Plaintiffs.

**DATED** this  24th  day of January, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
Chief United States District Judge

**ORDER -2**