**ORIGINAL**

**FILE WITH CLERK'S OFFICE**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 16 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Edward J Carcich and Jennie Vega-Carcich

)
)
)
_____ Plaintiff )
   v.                                  )   Civil Action No. **CV-10-429-LRS**
                                       )
CT Corporation Systems                 )
                                       )

_____ Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

  CT Corporation Systems
  1801 East Bay Drive NW
  Suite 206
  Olympia WA 98502

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edward J Carcich and Jennie Vega- Carcich
                                       7512 E Big Meadows Road
                                       Chattaroy Wa 99003

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the compliant. You also must file your answer or motion with the court.

                                       *CLERK OF COURT*

Date: January 21 2011                  *Cora Vargas*
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CitiMortgage__
was received by me on *(date)* __1/28/11__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Trevor Garoutte__, who is designated by law to accept service of process on behalf of *(name of organization)* __agent for CT Corp. System, Reg Agent for corp__ on *(date)* __2/3/11 9:50am__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ __85.00__ for travel and $ __10.00__ for services, for a total of $ __95.00__.

I declare under penalty of perjury that this information is true.

Date: __2/4/11__

*Server's signature*

__S. Treiber, Process Server__
*Printed name and title*

__120 Pear St NE Olympia WA 98506__
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF WASH. AT SPOKANE

EDWARD J CARCICH AND JENNIE VEGA-CARCICH
    Plaintiff/Petitioner

VS.
NORTHWEST TRUSTEE SERVICES INC.
    Defendant/Respondent

Cause #: CV-10-429-LRS

Declaration of Service of:
SUMMONS IN A CIVIL ACTION; PLAINTIFFS' STATEMENT OF CLAIM, UPON WHICH RELIEF CAN BE GRANTED

Hearing Date:

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Feb 3 2011 9:50AM at the address of 1801 W BAY DR NW SUITE 206 OLYMPIA, within the County of THURSTON, State of WASHINGTON, the declarant duly served the above described documents upon CT CORPORATION SYSTEMS as Registered Agent for CITIMORTGAGE by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with TREVOR GAROUTTE, AGENT FOR CT CORPORATION SYSTEM REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: February 4, 2011 at Olympia, WA

by _____
    S. Freiber    PSR2009-0311-06

Service Fee Total: $ 95.00



ABC Legal Services, Inc.
206 521-9000
Tracking #: 6655455

**ORIGINAL
PROOF OF SERVICE**

Page 1 of 1

NONE GIVEN
EDWARD J CARCICH JR
7512 EAST BIG MEADOWS ROAD
CHATTAROY, WA 99003
509-939-6825

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF WASH. AT SPOKANE

EDWARD J CARCICH AND JENNIE VEGA-CARCICH
    Plaintiff/Petitioner

vs.
NORTHWEST TRUSTEE SERVICES INC.
    Defendant/Respondent

Cause #: **CV-10-429-LRS**

Declaration of Service of:
**SUMMONS IN A CIVIL ACTION; PLAINTIFFS' STATEMENT OF CLAIM, UPON WHICH RELIEF CAN BE GRANTED**

Hearing Date:

**Declaration:**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of **Feb 3 2011 9:50AM**
at the address of **1801 W BAY DR NW SUITE 206 OLYMPIA**
within the County of **THURSTON**   State of **WASHINGTON**

the declarant duly served the above described documents upon

**CT CORPORATION SYSTEMS as Registered Agent for CITIMORTGAGE**

by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with

**TREVOR GAROUTTE, AGENT FOR CT CORPORATION SYSTEM REGISTERED AGENT**

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
Dated: February 4, 2011 at Olympia, WA

by _____
    S. Treiber    PSR2009-0311-06

The documents listed above were served in accordance with RCW 4.28.080 and/or client instructions. If service was substituted on another person or left with a person that refused to identify themselves, it is incumbent upon the client to notify ABC Legal Services, Inc. immediately in writing if further attempts to serve, serve by mail, or investigate are required. If service was substituted on another person, pursuant to RCW 4.28.080 (16), service shall be complete on the tenth day after a copy of the documents are mailed to the subject at the address where service was made. Documents were not mailed by ABC Legal Services, Inc.

**Service Notes:**

| | | | | | |
|---|---|---|---|---|---|
| Documents: | 0.00 | Secretarial: | 0.00 | Other: | 95.00 |
| Travel: | 0.00 | Postage: | 0.00 | Total: | 95.00 |
| Invalid Address (0) | 0.00 | Photo: | 0.00 | Pre-Paid Retainer: | 95.00 |
| Proof Preparation: | 0.00 | Rush / Special: | 0.00 | | |
| Summons Copy: | 0.00 | Wait / Stake Out Time: | 0.00 | **AMOUNT DUE** | **0.00** |

Client Ref.: **NONE GIVEN**
EDWARD J CARCICH JR
7512 EAST BIG MEADOWS ROAD
CHATTAROY, WA 99003
509-939-6825

**CLIENT COPY**
**PROOF OF SERVICE**

Page 1 of 1



ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
Tracking #: **6655455**

**A B C** LEGAL SERVICES
www.abclegal.com

633 Yesler Way Seattle, WA 98104   www.abclegal.com
206 521-9000   Fax: 206 224-3409

# PROCESS SERVICE INVOICE

| Bill To: | |
|---|---|
| EDWARD J CARCICH JR | |
| 7512 EAST BIG MEADOWS ROAD | |
| CHATTAROY, WA 99003 | |

Account #: 1450
Attention:  EDWARD J CARCICH JR   509-939-6825

INVOICE #: **6655455**

DATE:       Feb 4 2011
BILL REF:   NONE GIVEN

**AMOUNT DUE : $0.00**

| | |
|---|---|
| CASE NAME: | EDWARD J CARCICH AND JENNIE VEGA-CARCICH vs. NORTHWEST TRUSTEE SERVICES INC. |
| SERVEE: | CT CORPORATION SYSTEMS as Registered Agent for CITIMORTGAGE |
| PERSON SERVED: | TREVOR GAROUTTE, AGENT FOR CT CORPORATION SYSTEM REGISTERED AGENT |
| SERVICE DATE: | Feb 3 2011 9:50AM   SERVED BY: S. Treiber |
| SERVICE ADDRESS: | 1801 W BAY DR NW SUITE 206 OLYMPIA, WASHINGTON 98502 |
| DOCUMENTS SERVED: | SUMMONS IN A CIVIL ACTION; PLAINTIFFS' STATEMENT OF CLAIM, UPON WHICH RELIEF CAN BE GRANTED |

**SERVICE HISTORY**
02/04/2011   Local Service Event: Served       02/03/11 09:50 (SVD PRI)
01/28/2011   Work Order Received and Entered

**SERVICE NOTE**                                **BAD ADDRESS LIST**

| SERVICE PERFORMED | NOTE | | RATE |
|---|---|---|---|
| SERVICE OF PROCESS | | | 95.00 |
| | | SUB TOTAL | 95.00 |
| | | PREPAID RETAINER | 95.00 |
| | | AMOUNT DUE | 0.00 |

# RECEIVED

FEB 16 2011

CLERK, U.S. DISTRICT COURT
SPOKANE, WA

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.