Charles A. Lyman
**BULLIVANT HOUSER BAILEY PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

Attorneys for Defendant Citimortgage

THE HONORABLE LONNY R.
SUKO
NOTED FOR CONSIDERATION ON:
MONDAY, MAY 16, 2011
WITHOUT ARGUMENT

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| EDWARD J. CARCICH and JENNIE VEGA-CARCICH, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, <br><br> Defendant. | No.: 10-429-LRS <br><br> MOTION FOR MORE DEFINITE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 12(e), defendant CitiMortgage respectfully requests that the Court employ measures to assure plaintiff's compliance with the federal rules. Specifically, CitiMortgage requests that the Court direct plaintiff to comply with Fed. Rule Civ. P. 8(a)(2) and (e)(1).

On or about December 9, 2010, plaintiffs Edward J. Carcich and Jennie Vega-Carcich filed a complaint against CitiMortgage alleging a multitude of violations of the Fair Debt

1  Collection Practices Act ("FDCPA") along with violations of the Fair Credit Reporting Act

2  ("FCRA").  (Docket No. 1).[1]

3     The complaint consists of 21 single-spaced pages, including 91 "counts" under the

4  FDCPA, and is composed in large part, of immaterial, impertinent, and redundant

5  information.  Furthermore, Plaintiffs' complaint is replete with argumentative assertions,

6  legal conclusions, and a confusing mix of both.  For example, Plaintiffs "contest whether and

7  how [the loan agreement] was validated, and charged unlawful actions in an attempt to

8  collect for an undisclosed third party, and false credit reporting of the alleged debt, in

9  violation of the civil rights of the Carciches" and the FDCPA and FCRA (Docket No. 1, p.

10  2).[2]

11     Plaintiffs also create causes of action.  For example, the complaint contains over 70

12  allegations that CitiMortgage violated some type of telephone call protocol by not

13  "advis[ing] us of our civil rights and by not invoking the consumer warning 'this is an

14  attempt to collect a debt and any information will be used for that purpose.'" (*Id.* at pp. 4-

15  19).  Plaintiffs also make numerous claims against CitiMortgage for "overshadowing" (*Id.* at

16  pp. 19-20).

17     For the reasons set forth more fully in CitiMortgage's Memorandum of Points and

18  Authorities filed contemporaneously with this Motion, the Court should require Plaintiffs to

19  file an amended complaint that complies with the federal rules.

20  \\

21  \\

22  \\

23  _____

24  [1] Although Plaintiffs filed their complaint on December 9, 2010, they did not serve the
complaint on CitiMortgage until January 18, 2011 (Docket No. 14), and only did so after the

25  Court entered an order directing service (Docket No. 11).

26  [2] Because Plaintiffs did not number their allegations or use pleading paper, CitiMortgage is
unable to cite to these allegations with more specificity.

MOTION FOR MORE DEFINITE STATEMENT                    Page 2              **Bullivant|Houser|Bailey PC**

DATED:  April 12, 2011

BULLIVANT HOUSER BAILEY PC


By  /s/ Charles A. Lyman
     Charles A. Lyman, WSBA #30495

Attorneys for Defendant Citimortgage

MOTION FOR MORE DEFINITE STATEMENT          Page 3          **Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

### CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on April 12, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

I further certify that the following parties received the foregoing document:

| | | |
|---|---|---|
| Edward J. Carcich | ☒ | via first class mail, postage prepaid. |
| Jennie Vega-Carcich | ☐ | via facsimile. |
| 7512 Big Meadows Road | ☐ | via hand delivery. |
| Chattaroy, WA  99003 | | |
| *pro se plaintiffs* | | |

I declare under penalty of perjury under the laws of the State of Washington at Seattle, Washington, that the foregoing is true and correct.

DATED:  April 12, 2011

By _____
Suzanne M. Petersen

13287366.1

MOTION FOR MORE DEFINITE STATEMENT        Page 4

Bullivant|Houser|Bailey PC

1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930