| | |
|---|---|
| Charles A. Lyman<br>BULLIVANT HOUSER BAILEY PC<br>1601 Fifth Avenue, Suite 2300<br>Seattle, Washington 98101-1618<br>Telephone: 206.292.8930<br>Facsimile: 206.386.5130<br><br>Attorneys for Defendant Citimortgage | THE HONORABLE LONNY R. SUKO<br>NOTED FOR CONSIDERATION ON:<br>MONDAY, MAY 16, 2011<br>WITHOUT ARGUMENT |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| EDWARD J. CARCICH and JENNIE VEGA-CARCICH,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE,<br><br>　　　　　Defendant. | No.: 10-429-LRS<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CITIMORTGAGE'S MOTION FOR MORE DEFINITE STATEMENT |

Defendant CitiMortgage submits this Memorandum of Points and Authorities in support of its Motion for More Definite Statement.

Under Federal Rule of Civil Procedure 12(e), "a party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response." Fed. R. Civ. P. 12(e); *Havens Rlty. Corp. v. Coleman*, 455 U.S. 363, 383-84 (1982) (Powell, J. concurring). Such a motion for more definite statement is appropriate when the complaint is so unintelligible that a responsive pleading cannot be crafted. *Taylor v. Cox*, 912 F. Supp. 140, 143 (E.D. Pa.

MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF
CITIMORTGAGE'S MOTION FOR MORE DEFINITE STATEMENT

Page 1

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

1995). Rule 12(e) requires that the Defendant identify the defects in the complaint and the details it wants the plaintiff to include. Fed. R. Civ. P. 12(e).

In their 21-page complaint, the Plaintiffs allege that CitiMortgage committed numerous violations against their "civil rights" under the Debt Collection Practices Act ("FDCPA") and the Fair Credit Reporting Act ("FCRA"). However, Plaintiff's Complaint is wholly devoid of any allegations supporting these conclusory contentions. Therefore, CitiMortgage is unable to understand the basis of the complaint made against it. For example, Plaintiffs claim that CitiMortgage violated some type of telephone call protocol by not "advis[ing] us of our civil rights and by not invoking the consumer warning "this is an attempt to collect a debt and any information will be used for that purpose." Plaintiffs also fabricated a cause of action for "overshadowing." Because these allegations are so conclusory, CitiMortgage is unable to answer.

Pursuant to Rule 8(a)(2), the Complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). In other words, the complaint must give the Defendant "(1) notice of the circumstances which give rise to the claim, or (2) set forth sufficient information to outline the elements of the claim or permit inferences to be drawn that these elements exist." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) ("While a complaint . . . does not need detailed factual allegations . . ., a plaintiff's obligation to provide the 'grounds' of his 'entitle[ment] to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do.") Accordingly, Defendant asks that Plaintiff be required to give Defendant notice of the claims asserted against it by, at minimum, repleading to identify what claim is asserted and by providing sufficient information to outline the elements of the claim and the factual bases underlying its assertion of the existence of those elements or to permit an inference that those elements exist.

MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF
CITIMORTGAGE'S MOTION FOR MORE DEFINITE STATEMENT

Page 2

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

Accordingly, Defendant requests that Plaintiff be ordered to provide a more definite statement.

DATED: April 12, 2011

BULLIVANT HOUSER BAILEY PC

By /s/ Charles A. Lyman
Charles A. Lyman, WSBA #30495

Attorneys for Defendant Citimortgage

MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF CITIMORTGAGE'S MOTION FOR MORE DEFINITE STATEMENT

Page 3

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on April 12, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

I further certify that the following parties received the foregoing document:

| | |
|---|---|
| Edward J. Carcich<br>Jennie Vega-Carcich<br>7512 Big Meadows Road<br>Chattaroy, WA  99003<br>*pro se plaintiffs* | ☒ via first class mail, postage prepaid.<br>☐ via facsimile.<br>☐ via hand delivery. |

I declare under penalty of perjury under the laws of the State of Washington at Seattle, Washington, that the foregoing is true and correct.

DATED:  April 12, 2011

By _____
Suzanne M. Petersen

13289194.1