UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD J. CARCICH and JENNIE VEGA-CARCICH,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITIMORTGAGE, INC.; and NORTHWEST TRUSTEE SERVICES, INC.,<br><br>            Defendants. | NO.  CV-10-0429-LRS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

   BEFORE THE COURT is Plaintiffs Edward Carcich and Jennie Vega-Carcich's Motion for Nonsuit pursuant to Fed. R. Civ. P. 41(a). Defendant's do not oppose Plaintiff's Motion for Nonsuit; however, a stipulation of dismissal has not been signed by both parties.

   Accordingly, the court is exercising its discretion under Fed. R. Civ. P. 41(a)(2) to dismiss without prejudice.

   **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 46) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

   **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, provide copies to counsel and pro se plaintiffs, and close the file.

   **DATED** this 7th day of November, 2011.

                                    ***s/Lonny R. Suko***
                                    _____
                                    LONNY R. SUKO
                                    UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE