AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

EDWARD J. CARCICH and JENNIE VEGA-CARCICH,

                                            Plaintiffs,

                                                                 **JUDGMENT IN A CIVIL CASE**

                                   v.

CITIMORTGAGE, INC.; and NORTHWEST TRUSTEE SERVICES, INC.,

                                      CASE NUMBER: CV-10-0429-LRS

                                              Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Dismissing Complaint Without Prejudice entered on November 7, 2011, ECF No. 48, this matter is dismissed without prejudice.

November 7, 2011                                                       JAMES R. LARSEN
*Date*                                                                               *Clerk*
                                                                              s/ Cora Vargas
                                                                              *(By) Deputy Clerk*
                                                                              Cora Vargas